# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AQUINTA ANCRUM, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 15-13622-DJC |
| HENNISSE GOMEZ, | ) ) ) |  |
| Defendant. | ) ) |  |

## MEMORANDUM AND ORDER FOR DISMISSAL

**CASPER, J.**                                                                                                  June 22 , 2016

On March 31, 2016, this Court issued a Memorandum and Order [#5] directing plaintiff to demonstrate good cause why this action should not be dismissed for lack of subject matter jurisdiction. Thereafter, on April 5, 2016, plaintiff filed a Motion for an Extension of Time to Respond [#5]. The following day, this Court granted plaintiff's motion and extended the time to show cause until June 9, 2016.

To date, plaintiff has not filed any response to the Memorandum and Order and the time period for doing so has expired.

Accordingly, for the failure of plaintiff to comply with the Court's directives and for the lack of subject matter jurisdiction as set forth in the Memorandum and Order [#5], it is hereby Ordered that this action is <u>DISMISSED</u> in its entirety without prejudice.

**So ordered.**

                                                                                  /s/ Denise J. Casper
                                                                                  United States District Judge

1